■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant-Respondent, v. MORGAN D. RYAN, Respondent-Appellant.— Motion for permission to appeal to the Court of Appeals granted and this court certifies the following question: Upon this record should the Justice presiding at the Extraordinary Term have

disqualified himself? Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.